UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:06CV00457 AGF |
|  | ) |  |
| RICK CANADAY, | ) |  |
| et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## **ORDER**

Upon being advised that the above-referenced matter has been reassigned, the Rule 16 conference set for **Friday, May 12, 2006**, at **1:30 p.m.**, is hereby canceled.

_____
AUDREY G. FLEISSIG
United States Magistrate Judge

Dated April 11, 2006.